KEB

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christian Daniel Quinatoa Guachamin,<br><br>                Petitioner,<br><br>v.<br><br>Warden of the Elizabeth Contract Detention Facility<br><br>                Respondent. | No. CV-26-2854-PHX-SHD (DMF)<br><br>**AMENDED ORDER** |

In the Court's March 27, 2026 Order (Doc. 21), the Court directed the Clerk of Court to serve the Petition. However, Petitioner is proceeding through counsel. Additionally, the Court inadvertently instructed service of the original Petition at Docket 1, instead of the Amended Petition at Docket 12. Accordingly,

**IT IS ORDERED** that the Court's March 27, 2026 Order (Doc. 21) is **amended** as follows:

(1) Counsel for Petitioner must immediately serve the Amended Petition (Doc. 12), and a copy of the Court's March 27, 2026 Order (Doc. 21), and a copy of this Amended Order on Respondent.

(2) If not already issued, the Clerk of Court must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of the Amended Petition (Doc. 12), the Court's March 27, 2026 Order (Doc. 21), and this

TERMPSREF

Amended Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondent must answer the Petition within **20 days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)     Regarding courtesy copies of documents for chambers, Respondent is directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov / sites/default/files/documents/adm%20manual.pdf.

(6)     Petitioner may file a reply within **10 days** from the date of service of the answer.

(7)     This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 27th day of April, 2026.

_____
Honorable Sharad H. Desai
United States District Judge

TERMPSREF

- 2 -