# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristian Daniel Quinatoa Guachamin,<br><br>Petitioner,<br><br>v.<br><br>Luis Rosa, Jr.,<br><br>Respondent. | No. CV-26-02854-PHX-SHD<br><br>**ORDER** |

Pending before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. (Doc. 12.)  The Magistrate Judge to whom this case was referred issued a Report and Recommendation recommending that the Amended Petition be granted to the extent that Petitioner be provided a bond redetermination hearing within seven days of the entry of judgment or release Petitioner subject to appropriate conditions.  (Doc. 24.)  The time for filing objections has run, and neither party filed objections.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not

otherwise.'"); *see also Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object"). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("[T]he court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

No objection having been filed,

**IT IS ORDERED** that the Report and Recommendation (Doc. 24) is accepted; the Amended Petition is granted to the extent that Petitioner shall be provided a bond redetermination hearing.

**IT IS FURTHER ORDERED** that Respondents shall provide Petitioner with a bond redetermination hearing **within seven (7) days** of the entry of judgment, or release Petitioner from ICE custody subject to appropriate conditions of release.

**IT IS FURTHER ORDERED** that Respondents shall file a notice of compliance **within three (3) days** of providing Petitioner a bond redetermination hearing or releasing Petitioner.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue judgment accordingly and close this case.

Dated this 23rd day of July, 2026.

Honorable Sharad H. Desai
United States District Judge

- 2 -